# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| STERLING RAY McCRARY,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>CHRIS KIRBY,  )<br>SCOTTSBORO POLICE DEPARTMENT,  )<br>)<br>Defendants  ) | Case No.  5:07-cv-202-CLS-TMP |

* * * * * * * * * * * * * *

| | |
|---|---|
| STERLING RAY McCRARY,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>RANDAL K. BURLESON,  )<br>JUDGE JENIFER C. HOLT,  )<br>KENNETH MOORE, RACHEL MORGAN,  )<br>DISTRICT ATTORNEY CHARLES R.  )<br>RHODES,  )<br>)<br>Defendants.  ) | Case No.  5:07-cv-216-IPJ-TMP |

* * * * * * * * * * * * * *

| | |  |
|---|---|---|
| STERLING RAY McCRARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:07-cv-217-CLS-TMP |
| | ) | |
| TAYLOR HARDIN SECURE MEDICAL FACILITY, JUDGE JENIFER C. HOLT, DISTRICT ATTORNEY CHARLES R. RHODES, RACHEL MORGAN, | ) | |
| | ) | |
| Defendants. | ) | |

* * * * * * * * * * * * * *

| | | |
|---|---|---|
| STERLING RAY McCRARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:07-cv-340-IPJ-TMP |
| | ) | |
| JASON L. CURTS, SCOTT WHITED, JUDGE JENIFER C. HOLT, JUDGE RALPH H. GRIDER, DISTRICT ATTORNEY CHARLES R. RHODES, RACHEL MORGAN, JASON R. PIERCE, KIRK PERRY, JACKSON COUNTY GRAND JURY, | ) | |
| | ) | |
| Defendants. | ) | |

* * * * * * * * * * * * * *

| | |
|---|---|
| STERLING RAY McCRARY,              ) | |
|                                                            ) | |
|             Plaintiff,                           ) | |
|                                                            ) | |
| vs.                                                      )   | Case No.  2:07-cv-341-TMP |
|                                                            ) | |
| JUDGE RALPH H. GRIDER,        ) | |
| JUDGE JENIFER C. HOLT,          ) | |
| CHRIS KIRBY, SCOTTSBORO  ) | |
| POLICE DEPARTMENT,               ) | |
| JACKSON COUNTY COURTHOUSE,  ) | |
|                                                            ) | |
|             Defendants.                      ) | |

* * * * * * * * * * * * *

| | |
|---|---|
| STERLING RAY McCRARY,              ) | |
|                                                            ) | |
|             Plaintiff,                           ) | |
|                                                            ) | |
| vs.                                                      )   | Case No.  2:07-cv-342-RDP-TMP |
|                                                            ) | |
| JAY DUNSMORE, JASON C. CURTS,  ) | |
| RACHEL MORGAN, DISTRICT       ) | |
| ATTORNEY CHARLES R. RHODES,  ) | |
| KIRK PERRY, JUDGE RALPH H. GRIDER,  ) | |
| JUDGE JENIFER C. HOLT,          ) | |
|                                                            ) | |
|             Defendants.                      ) | |

MEMORANDUM OPINION

The magistrate judge filed his consolidated Report and Recommendation in these six consolidated cases on July 10, 2007, recommending that all six of the complaints for dismissed for various reasons ranging from the two-year statute of limitations to judicial immunity and quasi-judicial immunity to prosecutorial immunity to failure to state a claim.  The plaintiff filed his objections to the Report and Recommendation in each of the six cases on July 18, 2007.  Having

now carefully reviewed and considered *de novo* all the materials in each of these case files, including the consolidated Report and Recommendation, as well as the plaintiff's objections, the court finds that the objections are due to be and hereby are OVERRULED. The report of the magistrate judge is hereby ADOPTED, and the recommendation is ACCEPTED. By separate order, the court will DISMISS WITH PREJUDICE all six of these complaints pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).

The Clerk is DIRECTED to mail a copy of the foregoing to the plaintiff.

DONE this 30th day of August 2007.

_____

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE